AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00122 |
| v. | ) | Assigned to: Judge Robin M. Meriweather |
| | ) | Assign Date: 1/19/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| MATHEW CAPSEL | ) | |
| DOB ▉/1993 | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 6, 2021** in the county of _____ in the
District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) and (4); | Knowingly entering or remaining in any restricted building or grounds without lawful authority; and knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. |
| 18 U.S.C. § 111; | Forcibly assaulted resisted, opposed, impeded, intimidated, or interfered with any any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while engaged in or on account of the performance of official duties |
| 18 U.S.C. § 231(a)(3) | Commited or attempted to commit any act to obstruct, impede, or interfere with law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Madison Ramsden, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/19/2021

*Judge's signature*

City and state: Washington, DC

Robin M. Meriweather, US Magistrate Judge
*Printed name and title*