**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-0107 TSC** |
| | : | |
| **MATHEW CAPSEL,** | : | |
|     **Defendant.** | : | |

**MOTION TO RESCHEDULE TIME OF SENTENCING**

Mathew Capsel, by and through undersigned counsel, hereby requests to have the time of his sentencing hearing rescheduled. He states the following in support thereof:

1. Mr. Capsel is currently scheduled to be sentenced at 10 AM on December 16, 2022. This would require him to spend the night of the 15th in the District.

2. Mr. Capsel is indigent and lives in rural Illinois - about 1.5 hours outside of Chicago. He requests that his hearing be rescheduled to 3 PM on December 16, 2022. This would allow him to fly to District on the day of sentencing and avoid having to stay overnight in a hotel. The statute authorizing payment of transportations costs does not provide for lodging reimbursement. 18 U.S.C. § 4285.

3. The United States does not oppose this request.

Respectfully submitted,
_____/s/_____
Christopher M. Davis #385582
Counsel for Mathew Capsel
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that a copy of this motion was served on the United States via the Court's CM/ECF System on this 7th day of September 2022.


        /s/
       Christopher M. Davis