**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Crim. No. 22-cr-107 (TSC)** |
| v. | |
| **MATTHEW CAPSEL** | |

## APPLICATION FOR THE U.S. MARSHALS SERVICE TO ARRANGE AND INCUR THE COST OF TRANSPORTATION FOR INDIGENT DEFENDANT

Defendant, Matthew Capsel, by and through his Court-appointed counsel, Christopher M. Davis, and pursuant to 18 U.S.C. § 4285, hereby makes this application for the U.S. Marshals Service to arrange and incur the cost of the Defendant's transportation to enable Mr. Capsel to appear at his sentencing before this Court, on Friday December 16, 2022, at 3:00 PM. In support thereof, the Defendant states the following:

1. Mr. Capsel has been under the supervision of Pretrial Services since his arrest and release on January 26, 2021. Capsel resides in a rural area about 1.5 hours outside Chicago.

2. Mr. Capsel is indigent and does not have the ability to pay the costs attendant to his appearance for sentencing. Mr. Capsel needs a plane ticket for a morning flight out of Chicago into Reagan National. He needs to be in DC for sentencing on December 16, 2022, at 3 PM. He may also need a ticket from Reagan National back to Chicago at the end of the day.

2. 18 USC § 4285 authorizes this Court to order the U.S. Marshal service

to arrange and pay Mr. Capsel's travel costs to attend this court hearing.

WHEREFORE, the defendant respectfully requests that his instant motion be granted.

Respectfully submitted.

_____/s/_____
Christopher M. Davis #385582
Counsel for Logan Stephenson
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Application was served via the court's CM/ECF system on parties this 12th day of December 2022.

_____/s/_____
Christopher M. Davis