UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **MATTHEW CAPSEL**, <br><br> Defendant. | Criminal Action No. 22-cr-00107 (TSC) |

### ORDER

Defendant's *Motion Travel Cost for Indigent Defendant*, ECF No. 58, is hereby **GRANTED**.

Pursuant to 18 U.S.C. § 4285, the United States Marshal Service (USMS) is hereby **DIRECTED** to arrange, at its own expense, round-trip, noncustodial transportation for Mr. Alford's travel from his home outside Chicago, Illinois, to the District of Columbia for the sentencing in this matter on December 16, 2022, at 3:00 p.m., before the undersigned.

Date: September 12, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge