UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>  v.<br><br>MATHEW CAPSEL,<br><br>  Defendant. | Criminal Action No. 22-cr-00107 (TSC) |

## ORDER

The Court's Order, ECF No. 59, granting Defendant's *Motion Travel Cost for Indigent Defendant*, ECF No. 58, is hereby **MODIFIED** as follows.

Pursuant to 18 U.S.C. § 4285, the United States Marshal Service (USMS) is hereby DIRECTED to arrange, at its own expense, a one-way, noncustodial transportation for Mathew Capsel's travel from his home outside Chicago, Illinois, to the District of Columbia for the sentencing in this matter on December 16, 2022, at 3:00 p.m., before the undersigned.

Date: December 1, 2022

*Tanya S. Chutkan*
───────────────────────
TANYA S. CHUTKAN
United States District Judge